IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEAGUE OF HUMAN DIGNITY, | ) | 4:12CV3021 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MIDWEST SPECIAL SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before me on a Motion to Set Aside Default Judgment and for Leave to File an Answer out of Time filed by Defendant Midwest Special Services, Inc. (Filing 11.) On March 26, 2012, the Clerk's office entered a Clerk's Entry of Default because Defendant failed to plead or otherwise defend this action. (Filing 9.) Defendant argues that it was unaware that it had been served with the Complaint and only recently contacted counsel to represent it in this litigation. (Filing 11.) Defendant asks me to set aside the March 26, 2012, Clerk's entry of Default and to grant Defendant until July 10, 2012, to file an answer. (*Id*.) Plaintiff's counsel has been advised of Defendant's Motion and does not object. (*Id*.)

    For good cause shown, I will set aside the Clerk's Entry of Default. *See* Fed. R. Civ. P. 55(c). I will also grant Defendant's request to file an answer out of time. Defendant shall file an answer no later than July 10, 2012.

    IT IS ORDERED that:

    1.    Defendant's Motion to Set Aside Default Judgment and for Leave to File an Answer out of Time (filing 11) is granted.

    2.    Defendant shall file an answer no later than July 10, 2012.

DATED this 6th day of July, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

2